48424. HOWE et al. v. PRUDENTIAL INSURANCE COMPANY OF AMERICA.

DEEN, Judge.

This court in *Howe v. Prudential Ins. Co. of America,* 130 Ga. App. 107 (202 SE2d 669) reversed a judgment of the trial court granting summary judgment to the defendant insurance company. That judgment having been reversed by the Supreme Court (*Prudential Ins. Co. of America v. Howe,* 232 Ga. 1), this court in conformity with such judgment vacates its prior judgment and hereby affirms the judgment of the trial court granting summary judgment to the defendant.

*Judgment affirmed. Bell, C. J., and Quillian, J., concur.*

DECIDED APRIL 29, 1974.

J. *Sewell Elliott,* for appellants.
*Jones, Cork, Miller & Benton, Carr G. Dodson, Hubert C. Lovein, Jr.,* for appellee.